**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MEGHAN RUGGIERO, ET AL.,** | ) | **CASE NO.1:07CV2966** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **THE CHILDREN'S PLACE RETAIL STORES, INC., ET AL.,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

**CHRISTOPHER A. BOYKO, J:**

On April 3, 2008, this Court was informed by Defendant Hoop Retail Stores, LLC ("Hoop") (ECF Dkt# 27), that Defendant had filed for relief under Chapter 11 of the U.S. Bankruptcy Code. Pursuant to 11 U.S.C. §362, the filing mandates the imposition of an automatic stay of the proceedings before this Court against Defendant Hoop.

Therefore, further proceedings against Defendant Hoop are STAYED , subject to reopening upon written motion by Plaintiff or other parties in interest, which warrants relief from the automatic stay imposed by §362 or by injunction imposed under 11 U.S.C. §524 or which notifies the Court that the bankruptcy case is closed, dismissed or discharged. The case shall proceed against the remaining defendant.

IT IS SO ORDERED.

                                               s/Christopher A. Boyko
                                               CHRISTOPHER A. BOYKO
                                               United States District Judge

April 28, 2008