**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MEGHAN RUGGIERO, et al.,** | : | **Case 1:07-CV-02966** |
| | : | |
| | : | |
| | : | |
| **Plaintiff,** | : | **Judge Christopher A. Boyko** |
| | : | |
| **v.** | : | |
| | : | |
| **THE CHILDREN'S PLACE RETAIL STORES, INC., et al.,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

**CHRISTOPHER A. BOYKO, J:**

Having considered Defendant The Children's Place Retail Stores Inc.'s Motion for Leave to File Exhibit Under Seal ("Motion"), and finding that good cause exists to have the Exhibit identified in the Motion filed under seal, it is hereby ORDERED that the Clerk of Courts will receive said Motion under seal and will maintain it under seal until further directed by the Court.

IT IS SO ORDERED.

            <u>s/Christopher A. Boyko</u>
            JUDGE CHRISTOPHER A. BOYKO

April 28, 2008