# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| MEGHAN RUGGIERO, | ) | CASE NO.1:07CV2966 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Vs. | ) | |
| | ) | |
| THE CHILDREN'S PLACE RETAIL | ) | ORDER |
| STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CHRISTOPHER A. BOYKO, J:

On May 6, 2008, the Court held an attorneys conference on Defendant's Motion to Stay Proceedings filed April 24, 2008.   All counsel were present.  Plaintiff has requested, without objection, an additional seven days to file its response.  The Court grants Plaintiff's request. Because Plaintiff's response date is fourteen days from the date of filing of the Motion to Stay plus an additional three days under Fed. R. Civ. P. 6, Plaintiff's original response due date is May 12, 2008.  With an additional seven days, Plaintiff shall file its response no later than May 19, 2008.  Defendant shall file its Reply no later than May 27, 2008.

IT IS SO ORDERED.


 s/Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

May 6, 2008